# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Cheryl L. Krise, | ) | CASE NO.  5:08CV0094 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **SENTENCE-FOUR REMAND ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

This Court, having filed its Memorandum of Opinion and Order, REMANDS this case to the Commissioner of Social Security for further proceedings and a new decision.  The Appeals Council shall remand the case to an Administrative Law Judge ("ALJ") for:  (1) reconsideration and reevaluation of the record in its entirety, (2) without the imposition of any improper threshold requirements; and (3) completion of the five-step disability analysis of plaintiff Cheryl L. Krise's claim, evaluating her claim under all sections of 20 C.F.R. § 404.1520.

After completing the foregoing and conducting any other record development the ALJ deems appropriate, the ALJ shall issue a new decision which provides a detailed explanation, supported by the record, of the legal standards and criteria used to reach a decision.  The decision shall explain the ALJ's conclusions regarding Krise's application for Disability Insurance Benefits and Supplemental Security Income with specific references to the evidence of record in support thereof.

This Sentence-Four Remand Order constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.


 July 6, 2009                                      /s/ *John R. Adams*     
Date                                                     John R. Adams
                                                     U.S. District Judge